UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
July 28, 2016
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DOLORES CASTORENA,<br><br>　　　　Defendant. | Case No. 2:16-mj-00143-CKD<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  DOLORES CASTORENA ,

Case No.  2:16-mj-00143-CKD  from custody for the following reasons:

_____   Release on Personal Recognizance

_____   Bail Posted in the Sum of $ _____

  X    Unsecured Appearance Bond $  $25,000, co-signed by daughters.

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

  X    (Other): Pretrial Services conditions

Issued at Sacramento, California on July 28, 2016 at  2:15 pm

By:  /s/ Caro

Magistrate Judge Carolyn K. Delaney